Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00909-CV

____________

 

JIMMY RAY BRITTON,
Appellant

 

V.

 

AIMCO SANDALWOOD L.P.,
Appellee

 



 

On Appeal from the 61st District
Court

Harris County,
Texas

Trial Court Cause No. 03-63784

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed August 31,
2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the Court appellant did not make arrangements to
pay for the record.  

On December 1, 2004, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Justices Yates,
Edelman, and Guzman.